UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC OLDHAM and TARA CINELLI,
as co-personal representatives of the Estate of
L.R.O., deceased,

    Plaintiffs,

v.                               CASE NO: 8:09-cv-1321-T-26AEP

PENTAIR WATER POOL AND SPA, INC.,
MICHAEL RAY ANGEL, and HOLLY JO
ANGEL,

    Defendants.
    _____/

# **O R D E R**

Upon due consideration, it is ordered and adjudged as follows:

1) The Joint Motion to Stay Merits-Based Discovery for 90 Days and for an Extension of Time for Plaintiff to Respond to Motion to Dismiss Based Upon the Doctrine of Forum Non Conveniens (Dkt. 22) is granted.

2) All proceedings in this case, with the exception of the parties engaging in limited discovery directed at the issues raised in the pending motion to dismiss based on forum non conveniens, are stayed.

3) Plaintiffs are relieved of the responsibility of filing a response to the motion until further order of this Court.

4) Defendants Michael Ray and Holly Jo Angel are relieved of the responsibility of filing a motion to dismiss until further order of this Court.

5) The Clerk is directed to administratively close this case during the period of the limited stay and to terminate the motion to dismiss (Dkt.18) from pending status.

6) The parties shall advise the Court when they have completed their limited discovery, following which the Court will reopen the case, restore the motion to dismiss to pending status, provide Defendants Michael Ray and Holly Jo Angel a time for filing their motion to dismiss, provide Defendant Pentair a time for amending its motion to dismiss if it should so choose, and provide Plaintiffs a reasonable amount of time to file their responses to the motions.

**DONE AND ORDERED** at Tampa, Florida, on December 29, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record