UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC OLDHAM and TARA CINELLI, as
Co-Personal Representatives of the Estate
of L.R.O., deceased,

    Plaintiffs,

v.        CASE NO: 8:09-cv-1321-T-26AEP

PENTAIR WATER POOL AND SPA, INC.,
MICHAEL RAY ANGEL, and HOLLY JO
ANGEL,

    Defendants.
    _____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that the Motion to Lift Stay and File Motion to Dismiss (Dkt. 35) is denied as unnecessary. According to this Court's order entered April 8, 2010, at docket 33, Defendants have until July 20, 1010, to file a motion to dismiss and Plaintiffs have until August 9, 2010, to file a response.

**DONE AND ORDERED** at Tampa, Florida, on June 4, 2010.

    s/*Richard A. Lazzara*
    **RICHARD A. LAZZARA**
    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record